1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MANUEL GOMEZ LOPEZ,

11          Petitioner,                    No. CIV S-03-0543 DFL DAD P

12      vs.

13   D.L. RUNNELS, Warden, et al.,

14          Respondents.                   ORDER

15   _____/

16          Good cause appearing, IT IS ORDERED that respondents' 30-day extension

17   request is granted and the time for filing respondents' response to the second amended petition

18   for writ of habeas corpus is extended to and including July 25, 2005.

19   DATED: June 22, 2005.

20

21                                         DALE A. DROZD
                                           UNITED STATES MAGISTRATE JUDGE

22   DAD:13
     lope0543.eotresp

23

24

25

26