IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL GOMEZ LOPEZ,

    Petitioner,        No. CIV S-03-0543 DFL DAD P

  vs.

D.L. RUNNELS, Warden, et al.,

    Respondents.      <u>ORDER</u>

_____/

      Good cause appearing, IT IS ORDERED that respondents' July 21, 2005 request for a 15-day extension of time is granted and the time for filing respondents' response to the second amended petition for writ of habeas corpus is extended to and including August 9, 2005.

DATED: July 22, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
lope0543.eotresp2