IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL GOMEZ LOPEZ,

    Petitioner,               No. CIV S-03-0543 RRB DAD P

    vs.

D. L. RUNNELS,

    Respondent.          ORDER

/

        Petitioner is a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 29, 2005, petitioner filed an amended petition for writ of habeas corpus. That petition is missing pages 47 through 53. Good cause appearing, petitioner will be ordered to file the missing pages within thirty days.

        Good cause appearing, IT IS HEREBY ORDERED that, within thirty days from the date of this order, petitioner shall file pages 47 through 53 of his amended petition filed with the court on April 29, 2005.

DATED: April 29, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
lopez543.o