1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MANUEL GOMEZ LOPEZ,

11           Petitioner,              No. CIV S-03-0543 JAM DAD P

12       vs.

13   D. L. RUNNELS, et al.,

14           Respondents.            ORDER

15   _____/

16           Petitioner, a state prisoner proceeding through counsel, has filed this application

17   for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United

18   States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19           On June 8, 2010, the magistrate judge filed findings and recommendations herein

20   which were served on all parties and which contained notice to all parties that any objections to

21   the findings and recommendations were to be filed within twenty-one days.  Petitioner has filed

22   objections to the findings and recommendations.

23           In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

24   304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

25   file, the court finds the findings and recommendations to be supported by the record and by

26   proper analysis.

1       Accordingly, IT IS HEREBY ORDERED that:

2       1.  The findings and recommendations filed June 8, 2010 are adopted in full;

3       2.  Petitioner's March 31, 2010 motion to entertain second petition (Dkt. No. 79)

4   is denied;

5       3.  Petitioner's Second Petition for Writ of Habeas Corpus (Dkt. No. 80) is

6   dismissed without prejudice; and

7       4.  For the reasons set forth in the magistrate judge's June 8, 2010 findings and

8   recommendations, petitioner has not made a substantial showing of the denial of a constitutional

9   right.  Accordingly, a certificate of appealability should not issue in this action.

10  DATED:   August 9, 2010

11

12                                  /s/ John A. Mendez
                                    UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26